USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
FILED

APR 02 2019

Filed David J. Bradley, Clerk of Court

No. 19 CR 228

HOUSTON DIVISION

USAO Number: 2017R17907

Magistrate Number:

CRIMINAL INDICTMENT

UNITED STATES of AMERICA
vs.

Judge: Hoyt

**ATTORNEYS:**
RYAN K. PATRICK, USA    (713) 567-9000
EUN KATE SUH, AUSA      (713) 567-9000

| Defendant | Appt'd | Private |
|---|---|---|
| DEMETRIUS DELAAN WHITE | ☐ | ☐ |
| aka D (Counts 1 - 3) | ☐ | ☐ |
| DEOTNE DANQUISE BAILEY-ROACH | ☐ | ☐ |
| aka SHEIN (Counts 1 - 3) | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE: (TOTAL) (COUNTS:) ( 3 )**

Ct. 1: Coercion and Enticement of a Minor [18 USC § 2422(b) & (2)]
Ct. 2: Conspiracy to Produce Child Pornography [18 USC § 2251(a) & (e) and 2]
Ct. 3: Production of Child Pornography [18 USC § 2251(a) and 2]

**PENALTY:**
Ct. 1: Mandatory minimum of 10 years imprisonment to life, $250,000 fine, 5 years to life SRT, $100 SA, $5,000 SA under Justice for Victims of Trafficking Act.
Cts. 2-3: 15-30 years imprisonment, up to $250,000 fine, 5 years to life SRT, $100 SA, $5,000 SA under Justice for Victims of Trafficking Act.

☑ In Jail / Harris County Jail (All 3 defendants)
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**