United States District Court
Southern District of Texas
**ENTERED**
April 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| DEMETRIUS DELAAN WHITE | § | Case No. 4:19-cr-228 |
| aka D and DEONTE DANQUISE | § | |
| BAILEY-ROACH aka SHEIN, | § | |
| | § | |
| Defendants. | § | |

ORDER

Discovery materials are to be protected as follows:

a. Discovery materials and all copies should be protected from unnecessary dissemination.

b. Discovery materials should be utilized by the defendants and the defense team[1] solely for this case and for no other purpose or other proceeding.

c. Discovery materials and their contents, and any notes or other record of such materials or their contents, should not be disclosed either directly or indirectly to any person or entity other than the defendants and the defense team.

d. Discovery materials should not be copied or reproduced except as necessary for use by the defense team and all such copies will be treated in the same manner as the original.

e. The defense team may not provide copies of discovery to the defendants nor any

---

[1] "Defense team" refers to attorneys for the defendant, persons employed to assist in the defense, or other persons authorized by the Court.

other person except where found by the Court in writing to be necessary to prepare or assist in the defense. Nothing in this order prohibits counsel from reviewing discovery with a defendant.

f.  Defendants' counsel should inform the defendants of the provisions of the protective order, and direct them not to disclose or use any information contained in the government's discovery in violation of the protective order.

g.  All discovery and copies shall be returned to the United States Attorney's Office following disposition of the case, except where an appeal is anticipated.

h.  This protective order applies to any subsequent discoverable material provided to the defendants, except for the defendants' statements.

i.  This protective order does not preclude any party from seeking modification of the provisions.

It is so ORDERED.

SIGNED on this 24th day of April, 2019.

Kenneth M. Hoyt
United States District Judge