United States District Court
Southern District of Texas
**ENTERED**
April 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| VS. § | CRIMINAL NO. 4:19-CR-00228-1 |
| § § | |
| DEMETRIUS DELAAN WHITE | |

## ORDER

Demetrius Delaan White's unopposed motion for continuance of sentencing (Dkt. No. 66) is GRANTED.

The presentence investigation report will be available to the defendant on June 29, 2020.

Counsel will file objections or a statement of no objection July 13, 2020.

Final presentence report with an addendum must be filed by July 20, 2020.

Sentencing is reset for July 27, 2020 at 10:00 a.m.

It is so ORDERED.

SIGNED on this 1st day of April, 2020.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1