United States District Court
Southern District of Texas
**ENTERED**
July 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-00228-1 |
| | § | |
| DEMETRIUS DELAAN WHITE | § | |

## ORDER

The Court heard Demetrius Delaan White's motion for continuance (Dkt. No. 79). The Court finds that the motion should be and is hereby GRANTED.

Sentencing is set for **October 26, 2020 at 10:00 a.m.**

By **October 5, 2020**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

By **October 19, 2020**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

It is so ORDERED.

SIGNED on this 13th day of July, 2020.

_____
Kenneth M. Hoyt
United States District Judge