United States District Court
Southern District of Texas
**ENTERED**
April 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:19-CR-00228 |
| | § | |
| DEMETRIUS DELAAN WHITE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court heard Demetrius Delaan White's motion for continuance (Dkt. No. 104). The Court finds that the motion should be and is hereby GRANTED. The sentencing hearing is set for October 4, 2021 at 10:00 a.m.

- By August 30, 2021, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

- Responses to any objections shall be filed by: September 13, 2021.

- By September 27, 2021, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

It is so ORDERED.

SIGNED on this 26th day of April, 2021.

_____
Kenneth M. Hoyt
United States District Judge